UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY FUNDS, TRUSTEES OF THE DISTRICT COUNCIL APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUND, and the TRUSTEES OF THE LOCAL 1010 APPRENTICESHIP SKILL IMPROVEMENT, AND TRAINING FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>LAVIN INC,<br><br>Defendant. | 20 CV 3283 (FB) (RER)<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO <u>FED.R.CIV.P. 41(a)(1)(i)</u>** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the claims against Defendant Lavin Inc. in the above-captioned action are hereby dismissed without prejudice and without costs.

Dated: New York, New York
      February 25, 2022        **VIRGINIA & AMBINDER, LLP**

          By:      /s/
               Adrianna R. Grancio, Esq.
               40 Broad Street, 7th Floor
               New York, New York 10004
               Tel: (212) 943-9080
               agrancio@vandallp.com
               *Attorneys for Plaintiffs*